UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAR JO MONN WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA SALINAS VALLEY STATE PRISON,<br><br>  Defendant. | Case No. 16-04846 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

On August 23, 2016, Plaintiff filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.  (Docket No. 1.)  On the same day, the Clerk sent Plaintiff a notice that his In Forma Pauperis ("IFP") application was deficient, and that he needed filed a complete IFP application within twenty-eight days or the case would be dismissed.  (Docket No. 3.)  The deadline has passed and Plaintiff has not filed the required documents.  Accordingly, Plaintiff's case is **DISMISSED**.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 11/9/2016

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.16\04846Williams_dism-ifp.docx